UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05288-FWS (SP) | Date | October 5, 2022 |
|---|---|---|---|
| Title | JUAN CARLOS RODRIGUEZ v. J. ENGLEMAN, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Respondent Should Not Be Sanctioned for Failure to Comply With Order Requiring Response**

On July 29, 2022, petitioner Juan Carlos Rodriguez, a prisoner at Terminal Island, filed a habeas petition seeking immediate release based on earned time credits he claims he is entitled under the First Step Act. In light of the nature of petitioner's claim, on August 16, 2022, the court ordered respondent to respond to the Petition on a schedule somewhat shortened from that typically ordered, specifically: (1) respondent was to file a notice of appearance within 10 days; and (2) respondent was to either file a motion to dismiss within 20 days or an answer within 30 days. All of those deadlines have now passed, without any appearance or other response from respondent.

Accordingly, the court now orders respondent to file a response within 7 days – that is, by October 12, 2022 – showing cause why the court should not impose sanctions for failure to comply with its August 16, 2022 Order Requiring Response to Petition. In responding to this Order to Show Cause, respondent shall also file a notice of appearance designating the assigned Assistant United States Attorney, and may request a reasonable extension of time to respond to the Petition.