JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS RODRIGUEZ,<br>　　　　Petitioner,<br>　v.<br>J. ENGLEMAN, Warden,<br>　　　　Respondent. | Case No. 2:22-cv-05288-FWS (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: December 19, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE FRED W. SLAUGHTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE